# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TALA JACKSON, | ) | No. CV 12-10943-SVW (VBK) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J. JANDA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: November 27, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE